# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DAVID EYE,**

      Plaintiff,

**v.**                                                  Case No:   5:13-cv-374-Oc-22PRL

**WILLIAM BECHTOLD and ERIC HOLDER,**

      Defendants.

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss (Doc. No. 31) filed on October 1, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that Plaintiff filed a notice of no objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 26, 2013 (Doc. No. 40), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendants' Motion to Dismiss is hereby GRANTED.   This case is dismissed for lack of subject matter jurisdiction.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 30) and Plaintiff's Motion to Compel the Court to Rule on Previous Motion for Summary Judgment (Doc. No. 34) are DENIED as moot.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on December 17, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties